1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   FELIPE DE JESUS B. SOTO,                    Case No. CV 21-3949 CAS (PVC)

12                  Petitioner,
                                                 **ORDER ACCEPTING FINDINGS,**
13        v.                                     **CONCLUSIONS AND**
                                                 **RECOMMENDATIONS OF UNITED**
14   THERESA CISNEROS, Warden,                   **STATES MAGISTRATE JUDGE**

15                  Respondent.

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18   and files herein, the Report and Recommendation of the United States Magistrate Judge,

19   and Petitioner's Objections.  After having made a *de novo* determination of the portions of

20   the Report and Recommendation to which Objections were directed, the Court concurs

21   with and accepts the findings and conclusions of the Magistrate Judge.

22         IT IS ORDERED that:

23         (1)    Petitioner's request for a stay pursuant to *Kelly v. Small*, 315 F.3d

24                1063 (9th Cir. 2003), overruled on other grounds by *Robbins v.*

25                *Carey*, 481 F.3d 1143, 1149 (9th Cir. 2007), is DENIED.

26         (2)    Petitioner is GRANTED **thirty days** from the date of this Order to

27                file a notice of voluntary dismissal dismissing his unexhausted

28

1  claims in Grounds One, Four, Five and Six.  **A form notice of**

2  **dismissal is attached to this Order for Petitioner's convenience**.

3  (3)  If Petitioner voluntarily dismisses Grounds One, Four, Five and Six

4  by the Court's deadline, this action will proceed on the Petition's

5  exhausted claims in Grounds Two and Three.  If Petitioner does not

6  voluntarily dismiss his unexhausted claims, the Petition will be

7  denied as mixed and this action will be summarily dismissed without

8  prejudice without further notice from the Court.

9  IT IS SO ORDERED.

10

11  DATED:  November 2, 2021

12

13  _____

14  CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2