O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE DE JESUS B. SOTO,<br><br>Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, CDCR Secretary,[1]<br><br>Respondent. | Case No. CV 21-3949 CAS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Second Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice.

/ / /

/ / /

---

[1] Kathleen Allison, Secretary of California Department of Corrections and Rehabilitation (CDCR), is substituted for Danny Samuels, the Respondent named in the Petition. Fed. R. Civ. P. 25(d); *see Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894–96 (9th Cir. 1996), *as amended* (May 8, 1996) (holding that the CDCR director is a proper respondent).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 4, 2023

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE