JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE DE JESUS B. SOTO,<br><br>              Petitioner,<br><br>    v.<br><br>KATHLEEN ALLISON, CDCR Secretary,[1]<br><br>            Respondent. | Case No. CV 21-3949 CAS (PVC)<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 4, 2023

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] Kathleen Allison, Secretary of California Department of Corrections and Rehabilitation (CDCR), is substituted for Danny Samuels, the Respondent named in the Petition.  Fed. R. Civ. P. 25(d); *see Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894–96 (9th Cir. 1996), *as amended* (May 8, 1996) (holding that the CDCR director is a proper respondent).